Appeal No. 78-128. RICHARD McGEE *v.* PHILIP McGEE *et al.* The motion of appellee Philip McGee for a stay of the amended judgment of the Superior Court is granted.

Mr. Justice Weisberger did not participate. *Joseph F. Penza, Jr.,* for Richard McGee. *Breslin, Sweeney & Gordon, David F. Sweeney,* for Philip McGee, appellee. *Gardner, Sawyer, Cottam, Gates, Day & Sloan, Edward W. Day, Jr.,* for Joseph P. McGee.

June 9, 1978.

M. P. No. 78-143. WILBUR T. HOLMES *v.* CHARLES J. DOWLING JR. *et al.* Petition for writ of certiorari is granted. *Edwards & Angell, William P. Robinson III, Jerry L. McIntyre,* for petitioner. *James E. McGwin,* Solicitor, for respondent.

M. P. No. 78-198. LORRAINE (ANDREWS) AMARAL *v.* RICHARD A. ZIGAS AND BARBARA ZIGAS. Petition for writ of certiorari is denied. *Martin Malinou,* for petitioner. *Hanson, Curran & Parks, A. Lauriston Parks,* for respondent.

June 15, 1978.

M. P. No. 78-137. RITA ALVINA STONE *a/k/a* RITA A. STONE *a/k/a* RITA A. MATHIEU *v.* RITA ALICE MATHIEU *a/k/a* RITA A. MATHIEU *and* JOSEPH J. ROSZKOWSKI, *Admn. of the Estate of Richard L. Mathieu.* The petition for writ of certiorari is denied. *Soucy and Theriault, Inc., William G. Savastano,* for petitioner. *Zimmerman, Roszkowski & Brenner, Richard E. Kyte, Jr.,* for respondents.